# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-14011-AMC

ROSS M. GOLDSTEIN
SHIRA G. GOLDSTEIN
503 SHOEMAKER DRIVE

FOUNTAINVILLE, PA 18923

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROSS M. GOLDSTEIN
    SHIRA G. GOLDSTEIN
    503 SHOEMAKER DRIVE

    FOUNTAINVILLE, PA 18923

Counsel for debtor(s), by electronic notice only.

    JON M ADELSTEIN ESQ
    PENN'S COURT
    350 S MAIN ST - SUITE 105
    DOYLESTOWN, PA 18901-

    /S/ William C. Miller

Date: 9/16/2016

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee