# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shira G. Goldstein<br>Ross M. Goldstein<br>Debtor(s) | CHAPTER 13 |
| MTGLQ Investors, LP<br>Movant<br>vs.| NO. 14-14011 AMC |
| Shira G. Goldstein<br>Ross M. Goldstein<br>Debtor(s)<br>William C. Miller Esq.<br>Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this        day of              , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 503 Shoemaker Dr, Fountainville, Pa 18923 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: August 30, 2017**

_____
United States Bankruptcy Judge.

Shira G. Goldstein
503 Shoemaker Drive
Fountainville, PA 18923

Ross M. Goldstein
503 Shoemaker Drive
Fountainville, PA 18923

Jon M. Adelstein Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532