UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ROSS M. GOLDSTEIN AND : | |
| | SHIRA G. GOLDSTEIN : | BKY. NO. 14-14011 |
| | : | |
| | DEBTORS : | CHAPTER 13 |

## ORDER

AND NOW, this __18th__ day of __October__, 2017 upon consideration of the Debtors' Praecipe to Withdraw Case it is hereby

**ORDERED**, that this case dismissed.

_____
Ashely M. Chan
Bankruptcy Judge