United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 14-14011-amc
Ross M. Goldstein                                         Chapter 13
Shira G. Goldstein
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi               Page 1 of 2             Date Rcvd: Oct 18, 2017
                              Form ID: pdf900           Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
```
db/jdb         #+Ross M. Goldstein,    Shira G. Goldstein,    503 Shoemaker Drive,    Fountainville, PA 18923-9517
13361285       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13310658       +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
13310659       +Amy F. Doyle, Esq.,    Jaffe & Asher,    11 East Market Street,    Suite 102,
                 York, PA 17401-1263
13310660       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13310662      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13310665       +Bureau Of Accounts Control,    Bac,    Po Box 538,   Howell, NJ 07731-0538
13310672      ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citibank Sd, Na,     Citi Corp Credit Services/Attn:Centraliz,
                 7920 Nw 110th St,    Kansas City, MO 64195)
13310669      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citgo Oil / Citibank,     Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,   Kansas City, MO 64195)
13310667       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13310668       +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13310670       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13310673       +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
                 Warwick, RI 02886-1321
13310676       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13436758        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13469290       +JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13310680       +Liberty Community Gas,    PO Box 187,    8335 Easton Road,    Ottsville, PA 18942-9609
13848114        MTGLQ Investors, L.P.,    P.O.BOX 52708, Irving CA 92619
13310681       +McCabe, Weisberg & Conway, PC,    Suite 2080,    123 South Broad Street,
                 Philadelphia, PA 19109-1031
13426908        State Farm Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13310683       +State Farm Financial S,    Po Box 2328,    Bloomington, IL 61702-2328
13310684       +Strategic Recovery Gro,    7668 Warren Pkwy Ste 325,    Frisco, TX 75034-4161
13310686       +Us Dept Of Ed/glelsi,    2401 International,    Madison, WI 53704-3121
13310687       +Usdoe/glelsi,    Po Box 7860,    Madison, WI 53707-7860
13310688       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13310690       +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,   Des Moines, IA 50328-0001
13310691       +Wells Fargo Education Financial Services,     Efs Bankruptcy,    301 E. 58th St. N.,
                 Sioux Falls, SD 57104-0422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 19 2017 01:36:38      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 01:36:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2017 01:36:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13359323        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2017 01:37:21
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13310661       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 19 2017 01:36:10      Asset Acceptance,
                 Attn: Bankrupcy Dept,    Po Box 2036,    Warren, MI 48090-2036
13310664       +E-mail/Text: banko@berkscredit.com Oct 19 2017 01:35:45      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13310666       +E-mail/Text: bankruptcy@cavps.com Oct 19 2017 01:36:21      Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
13314145       +E-mail/Text: bankruptcy@cavps.com Oct 19 2017 01:36:21      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13310674       +E-mail/Text: mrdiscen@discover.com Oct 19 2017 01:35:40      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13310678       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:37:03      GECRB/Sams Club,
                 Gecrb/Sams Club,    Po Box 103104,    Roswell, GA 30076-9104
13310677       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:37:15      Gecrb/lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
13337395        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2017 01:36:19      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13310682       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:37:31
                 Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
                                                                                              TOTAL: 13
```

```
District/off: 0313-2          User: Randi              Page 2 of 2                  Date Rcvd: Oct 18, 2017
                              Form ID: pdf900          Total Noticed: 40
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13310663*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.a.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
13310671*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
13310685*      ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Sunoco/citi,    Attention: Bankruptcy,    7920 Nw 110th St.,
                 Kansas City, MO 64153)
13310675       ##+Dyck Oneal Inc,    15301 Spectrum Dr,    Addison, TX 75001-6436
13310679       ##+JP Morgan Chase, N.A.,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13310689       ##+Volvo Finance Na,    Po Box 6275,    Dearborn, MI 48121-6275
                                                                                              TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    MTGLQ Investors, LP bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JON M. ADELSTEIN    on behalf of Joint Debtor Shira G. Goldstein jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Debtor Ross M. Goldstein jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **ROSS M. GOLDSTEIN AND**    :    BKY. NO. 14-14011
            **SHIRA G. GOLDSTEIN**           :
                                         :
            **DEBTORS**                         :    **CHAPTER 13**

## ORDER

AND NOW, this __18th__ day of __October__, 2017 upon consideration of the Debtors' Praecipe to Withdraw Case it is hereby

**ORDERED**, that this case dismissed.

_____
Ashely M. Chan
Bankruptcy Judge